Date signed March 22, 2007



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In Re: | * |
| Marcia A. DeVille | *   Case No.   07-10899-TJC |
| | *   Chapter   7 |
| | * |
| | *   Creditor  - Educational Systems F.C.U. |
| | * |
| Debtor | *   Reaffirmation  - 16 |

### STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc: Debtor(s)
     Debtor(s) Counsel - Kimberly D. Marshall, Esq.
     Creditor - Educational Systems F.C.U.
          3950 48th Street
          Bladensburg, MD 20710
     Trustee - Roger Schlossberg

**End Of Order**

Reaff-34.4 - 2/9/07 (S.M. 3/16/07)